**EXHIBIT 1**

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-05559-S6**
7/28/2021 3:34 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Ada Ross**

PLAINTIFF

CIVIL ACTION NUMBER: 21-C-05559-S6

VS.

**Hangar Prosthetics & Orthotics, Inc.**

c/o Corporation Service Company as Registered Agent

2 Sun Court, Suite 400, Peachtree Corners, GA 30092

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Genet M. Hopewell
Johnson Hopewell Coleman, LLC
4153-C Flat Shoals Pkwy, Suite 322
Decatur, GA 30034

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This \_\_\_28TH\_\_\_ day of \_\_\_JULY\_\_\_, 20\_21\_.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-05559-S6**
7/28/2021 3:34 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ADA ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION FILE NUMBER |
| | ) |
| HANGAR PROSTHETICS | ) 21-C-05559-S6 |
| & ORTHOTICS, INC., | ) |
| | ) |
| Defendant. | ) |

COMPLAINT FOR DAMAGES

COMES NOW Plaintiff in the above-styled action and files this Complaint against the Defendant and shows the Court the following:

1.

Defendant is a duly organized foreign for profit corporation subject to the jurisdiction of this Court. Service of process may be perfected upon Defendant through it's registered agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, Georgia 30092.

2.

This is a negligence action brought by Plaintiff to recover all damages suffered as a result of Plaintiff's fall on Defendant's property due to the failure to provide a safe environment and adequate safety equipment which ultimately caused plaintiff to fall and suffer personal injuries and physical and mental pain and suffering.

3.

That on March 28, 2019 and at all times relevant hereto, Defendant owned or operated, leased and\or possessed a business known as Hangar Clinic and which provides prosthetic and orthotic services.

4.

At all times relevant hereto, Defendant had employees, agents and or representatives to assist with the provision of prosthetic and orthotic services at Hangar Clinic.

5.

At all times relevant hereto, Defendant was responsible for the training and supervision of the employees, agents and or representatives providing prosthetic and orthotic services at Hangar Clinic.

6.

That on or about March 28, 2019, Plaintiff was fitted with a prosthetic leg at Defendant's Hangar Clinic. Defendant's employee, agent or representative provided Plaintiff with a wheelchair to use as an ambulatory aid device. Immediately thereafter Plaintiff suffered a fall when the wheelchair gave out under her causing Plaintiff to lose her balance.

7.

Plaintiff's injury was the direct result of the Defendant's negligence in the failure to properly inspect the equipment for proper functioning before providing it for Plaintiff's use, failure to properly secure the wheelchair to ensure that it was sufficient for use as an ambulatory aid to Plaintiff; failure to properly monitor the use of the wheelchair as an ambulatory aid for

Plaintiff; failure to provide the proper ambulatory aid equipment for Plaintiff's use after the prothesis fitting and failure to adequately supervise and train it's employees, agents and/or representatives on the proper equipment and procedures for use of ambulatory aids.

8.

That Defendant breached its duty of care to Plaintiff as set out herein above.

9.

That as a direct and proximate result of Defendant's negligence, Plaintiff sustained direct and serious bodily injury which has required medical treatment, medication and therapy. Plaintiff's medical expenses and other out of pocket expenses as a result of Defendant's negligence are in excess of $67,610.16.

| | |
|---|---|
| St. Mary's Healthcare | $ 4,370.10 |
| Athens-Clarke Emergency Physicians | $ 1,743.00 |
| Piedmont Athens Regional Medical Center | $ 61,414.06 |
| Georgia Emergency Medicine Specialist | Forthcoming |
| Athens Radiology Associates, P.C. | $ 83.00 |
| Total | $ 67,610.16 |

10.

That as a direct result of Defendant's negligence, Plaintiff has endured extreme discomfort and inconvenience and, in addition, has suffered great physical pain and mental anguish.

11.

All of Plaintiff's injuries and damages, as aforesaid, were caused solely, directly and proximately by the negligence of the Defendant.

WHEREFORE, Plaintiff respectfully prays as follows:

    (a)    For trial by jury;

    (b)    That judgment be entered against the in an amount to be determined by a jury of her peers;

    (c)    That all costs of this action be cast against Defendant and in favor of the Plaintiff; and,

    (d)    That the Court grant such other and further relief that it deems just and proper.

Respectfully Submitted,

/s/Genet M. Hopewell
State Bar No. 493920

Johnson Hopewell Coleman
4153 Flat Shoals Parkway
Building C, Suite 322
Decatur, Georgia 30034
(404) 289-2244
genethopewell@jhclawyers.com

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-05559-S6**
7/28/2021 3:34 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ADA ROSS, | ) |
|        Plaintiff, | ) 21-C-05559-S6 |
| vs. | ) CIVIL ACTION FILE NUMBER |
| HANGAR PROSTHETICS & ORTHOTICS, INC., | ) |
|        Defendant. | ) |

### CERTIFICATE OF TIMELINESS

Pursuant to Supreme Court Rule 11.1, Plaintiff certifies that this filing is timely submitted, taking into account the suspension of filing deadlines as prescribed by the Order Declaring Statewide Judicial Emergency entered on March 14, 2020 and as extended by ORDERS DATED April 6, 2020, May 11, 2020, June 12, 2020, July 10, 2020 and August 11, 2020. Specifically:

(a) This filing was originally due on March 28, 2019.

(b) The number of days that remained before the date specified in (a), as of the suspension of the deadline on March 14, 2020, was 122 days.

(c) This filing is timely because it is being filed within the number of days specified in (b), counting from July 14, 2020 (If this new filing deadline falls on a weekend or legal holiday, the due date is to be calculated in accordance with OCGA § 1-3-1 (d) (3).)

To the extent the deadline for this filing has been affected by any local judicial emergency order entered by the chief judge of a superior court or by any case-specific trial court order, a copy of such order(s) is attached hereto.

Respectfully submitted, this 28th day of July, 2021.

/s/Genet Hopewell
State Bar Number 493920

Johnson Hopewell Coleman, LLC
4153 Flat Shoals Parkway
Building C, Suite 322
Decatur, Georgia 30034
(404) 289-2244

**EXHIBIT 2**



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 23580112**
**Date Processed: 08/03/2021**

| | |
|---|---|
| **Primary Contact:** | Kelly Weiss<br>Hanger Inc.<br>10910 Domain Dr<br>Ste 300<br>Austin, TX 78758-7807 |
| **Electronic copy provided to:** | Thomas Hartman<br>Mike Phelan<br>Scott Rowe<br>Allen Forbis<br>Legal Department<br>Heather Klein<br>Catie Mercer |

| | |
|---|---|
| **Entity:** | Hanger Prosthetics & Orthotics, Inc.<br>Entity ID Number  3033972 |
| **Entity Served:** | Hanger Prosthetics & Orthotics, Inc. |
| **Title of Action:** | Ada Ross vs. Hanger Prosthetics & Orthotics, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Gwinnett County State Court, GA |
| **Case/Reference No:** | 21-C-05559-S6 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 08/02/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Genet M. Hopewell<br>404-289-2244 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com